# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.: 3:07cr59/MCR
 3:10cv144/MCR/EMT

ERIC DALE ROBINSON
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 28, 2012. (Doc. 144). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence and the amended motion (docs. 120, 133) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 7th day of January, 2013.

*s/ M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE